IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00840-LTB

ROBERT LINDSEY PERRETEN,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 4, 2014, it is hereby

    ORDERED that Judgment is entered in favor of the unnamed Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 4th day of June, 2014.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk


                                  By: s/K Lyons
                                        Deputy Clerk